## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| YVONNE T. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and GWENDOLYN TAYLOR-HOLMES;<br><br>Defendant. | No. 2:11-cv-02364-JPM-cgc |
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Counterclaimant, Cross Claimant, and Third Party Plaintiff,<br><br>v.<br><br>YVONNE T. TAYLOR,<br><br>    Counter Defendant,<br><br>GWENDOLYN TAYLOR-HOLMES,<br><br>    Cross-Defendant,<br><br>KAREN L. TAYLOR, Individually and as Administrator for the Estate of Lea H. Taylor, Sr., MELANIE TAYLOR, Individually and as the Administratrix for the Estate of Lea H. Taylor, Sr., and JOHN DOE DEFENDANTS,<br><br>    Third Party Defendants. | |

**CONSENT JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court, the issues have been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting in Part and Denying in Part Defendant's Motion for Interpleader Relief, Order Denying as Moot Third Party Defendant's Motion to Dismiss, and Order Denying as Moot Plaintiff's Motion for Summary Judgment (D.E. 75), Defendant Metropolitan Life Insurance Company is DISMISSED WITH PREJUDICE.  The Clerk is ordered to disburse the funds as follows:

| | |
|---|---|
| Metropolitan Life Insurance Company | $6614.88 |
| Gwendolyn Taylor-Holmes | $3000.00 |
| Lea H. Taylor, Jr. | $3000.00 |
| Karen L. Taylor | $3000.00 |
| Janette Taylor | $3000.00 |
| Melanie E. Taylor | $3000.00 |
| Tennessee Estate of Lea H. Taylor, Sr. | $10,000.00 |
| Yvonne Taylor | The Remaining Balance |

APPROVED:

s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE

May 15, 2012
Date